# EXHIBIT B

FILED
3/14/2025 11:37 AM
ERIN CARTWRIGHT WEINSTEIN
Clerk of the Circuit Court
Lake County, Illinois

IN THE CIRCUIT COURT OF LAKE COUNTY, ILLINOIS
NINETEENTH JUDICIAL CIRCUIT

| | |
|---|---|
| DUSTIN CUNNINGHAM and XANE OLSON, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>REYNOLDS CONSUMER PRODUCTS, INC.,<br><br>     Defendant. | Case No.: 2025LA61 |

### **NOTICE AND ANCKNOWLEDGMENT OF WAIVER OF SERVICE OF SUMMONS**

NOTICE TO: Rachel A. Beck, Esq.

The enclosed summons and complaint are served pursuant to section 2-213 of the Code of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 30 days.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within 30 days, you (or the party on whose behalf you are being served) may be served a summons and complaint in any other manner permitted by law.

2

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 60 days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this notice and acknowledgment of receipt of summons and complaint was emailed to counsel for Defendant on March 13, 2025.

Signature /s/ Carl V. Malmstrom

Date of Signature: March 13, 2025

Carl V. Malmstrom
ARDC No.6295219
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

3

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above-captioned matter at rachel.beck@faegredrinker.com.
Name: Rachel A. Beck

Relationship to Entity/Authority to Receive Service of Process: Attorney
Attorney for Reynolds Consumer Products, Inc.

Signature _____/s/ Rachel A. Beck_____

Date of Signature ___3/14/2025_____