# EXHIBIT C

# SUMMONS

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Lake
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Dustin Cunningham and Xane Olson
*Who started the case.*
*First, Middle, and Last Name or Business Name*

2025LA61
**Case Number**

**DEFENDANTS/RESPONDENTS:** Reynolds Consumer Products, Inc.
*Who the case was filed against.*

*First, Middle, and Last Name or Business Name*

**The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.**

> **For the person filling out this form: Read all instructions in this box.**
>
> This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.
>
> Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.
>
> - Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.
> - Use a **30-day summons** for most other case types.
>
> Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.
>
> **If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

☑ **1. 30-DAY SUMMONS**

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: 18 North County Street Waukegan, Illinois 60085-4359
*Courthouse Street Address*

**- or -**

☐ **2. DATE CERTAIN SUMMONS**

Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*          *Time*                              *Courtroom Number*

Case Number: 2025LA61

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
                  *Courtroom Address*                *Courtroom Number*

☐ **Remotely** (video or telephone)

    **By video conference** at: _____
                       *Video Conference Website*

    Log-in information: _____
              *Video Conference Log-in Information, Meeting ID, Password, etc.*

    **By telephone** at: _____
             *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: _____ or Website: _____
    *Circuit Clerk's Phone Number*                *Website URL*

### 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ _____.
    *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.
    ☐ Yes ☐ No

### 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

☑ I am having 1 Defendant/Respondent served and their information is on this form below.

☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____.
    *Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: Reyndols Consumer Products, Inc.
    *First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

CT Corporation System
*First, Middle, and Last Name*

Street Address: 208 S. LaSalle St., Suite 814
    *Street, Apt #*

City, State, ZIP: Chicago, IL 60604
    *City*            *State*            *Zip*

Telephone: _____ Email: _____

Case Number: __2025LA61__

c. **Second address** for this Defendant/Respondent:
☐ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
*Street, Apt #*

City, State, ZIP: _____
*City*      *State*      *Zip*

Telephone: _____ Email: _____

d. Person who will serve your documents on this Defendant/Respondent:
☑ Sheriff in Illinois ☐ Special process server ☐ Licensed private detective
☐ Sheriff outside Illinois: _____
*County & State*

**PLAINTIFF/PETITIONER INFORMATION:**
*Enter your information below.*

Name __Carl V. Malmstrom (Cook County Atty No. 38819)__
*First, Middle and Last Name*

Registered Agent's name, if any _____
*First, Middle and Last Name*

Street Address __111 W. Jackson Blvd., Suite 1700__
*Street, Apt #*

City, State, ZIP: __Chicago, IL 60604__
*City*      *State*      *Zip*

Telephone: __(312) 984-0000__ Email: __malmstrom@whafh.com__

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: __1/29/2025__

Clerk of the Court: __Erin Cartwright Weinstein__
AH

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

**Note to officer or process server:**
- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

SU-S 1503.7      Page 3 of 6      (11/24)

Case Number: 2025LA61



# NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.



Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.

# NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons):**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

Case Number: 2025LA61

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
Check if this is not the 1st Summons issued for this Defendant/Respondent.

**COUNTY:** Lake
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Dustin Cunningham and Xane Olson
*Who started the case.*    *First, Middle, and Last Name or Business Name*

2025LA61
**Case Number**

**DEFENDANTS/RESPONDENTS:** Reynolds Consumer Products, Inc.
*Who the case was filed against.*

*First, Middle, and Last Name or Business Name*

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.** Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____
*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:
  ☐ **Personally** on the Defendant/Respondent:
    ☐ Male ☐ Female ☐ Non-Binary   Approx. Age: _____   Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____

  ☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
    Name of person served: _____
    *First, Middle, Last Name*
    ☐ Male ☐ Female ☐ Non-Binary   Approx. Age: _____   Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above address on this date: _____.

Case Number: 2025LA61

☐ On the **Business's agent:** _____
                                  *First, Middle, Last Name*

    ☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____
    Other information about service attempt:

    _____
    _____
    _____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____
    Other information about service attempt:

    _____
    _____
    _____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____
    Other information about service attempt:

    _____
    _____
    _____

## SIGN

I certify under 735 ILCS 5/1-109 that:
1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and
2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ _____  Print Your Name _____

You are: ☐ Sheriff in Illinois            ☐ Special process server
        ☐ Sheriff outside Illinois: _____  ☐ Licensed private detective, license number: _____
                                 *County and State*                                                               *License number*

**FEES:**
    Service and Return: $_____  Miles: $_____  Total: $0_____