# EXHIBIT D

**IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT**
**LAKE COUNTY, ILLINOIS**

FILED

4/8/2025 3:03 PM

Erin Cartwright Weinstein
Clerk of the Court
Lake County, Illinois

Dustin Cunningham and Xane Olson, for themselves and all others similarly situated )
　　　　　　　　Plaintiff(s)
vs.

Reynolds Consumer Products, Inc.
　　　　　　　　Defendant(s)

Case No. 2025LA00000061

**SUPREME COURT RULE 218 CASE MANAGEMENT ORDER**

This cause coming to be heard on the Court's Supreme Court Rule 218 Call and the following parties appearing through counsel: Dustin Cunningham et. al, and Reynolds Consumer Products, Inc.　　　;

**IT IS HEREBY ORDERED:**

1. This cause is set for jury/bench trial on June 22, 20 26, at 9:00 AM in Courtroom C204,
2. The following filing/disclosure deadlines are hereby scheduled:
   (a) Any and all Cross, Counter and Third-Party complaints August 20, 20 25,
   (b) Plaintiff(s) - all Rule 213 (f) information August 20, 20 25,
   (c) Defendant(s) - all Rule 213 (f) information October 20, 20 25,
   (d) Cross-Defendants, Counter Defendants and Third-Party Defendants all Rule 213 (f) information November 20, 20 25,
   (e) Plaintiff(s) - all rebuttal witness information under Rule 213 (f) December 22, 20 25,
   (f) all discovery shall be completed January 22, 20 26,
   (g) all motions for involuntary dismissal or summary judgment shall be filed on or before January 29, 20 26,
   (h) A final trial conference is set for June 12, 20 26, at 9:00 A.M./P.M. in Courtroom C204, (See Local Rule 2-3.02). LAB
   (i) A settlement conference is set for _____, 20____, at ____ A.M. / P.M. in Courtroom _____,
   (j) A subsequent Supreme Court Rule 218 Case Management conference is set for November 5, 20 2025, LAB at 9:00 A.M.
3. Final Trial Conference Materials Due June 5, 2026
   Final Trial Conference Matierals Due to Court by June 5, 2026

**Notice**
Failure of any party to promptly seek enforcement of this Order constitutes a waiver of the requested discovery.
Failure of any party to comply with this Case Management Order may be a basis for Rule 219(c) sanctions.
A copy of this order is to be sent to each party by his/her counsel within 7 days of the initial Case Management date.

Dated this ____ day of _____, 20____　　**Enter**:

　　　　　　　　　　　　　　　　　　　　　　　_Luis A. Berrones_
　　　　　　　　　　　　　　　　　　　　　　　JUDGE

**Prepared by:**
Name: Carl V. Malmstrom　　SRL ☐
Address: 111 W. Jackson Blvd., Suite 1700
City: Chicago　　State: Illinois
Phone: (312) 984-0000　　Zip Code: 60077
ARDC #: 6295219
E-mail address: malmstrom@whafh.com

171-139 (Rev 3/24)