# EXHIBIT E



# Circuit Court of the Nineteenth Judicial Circuit

*Lake County, Illinois*

# 2025LA00000061  Active

Cunningham vs Reynolds Consumer Products, Inc.

Civil: Law > $50,000

| Parties | Judgment | Events | Documents Filed |

## Parties

### Parties

| Type | Name | Represented By |
|---|---|---|
| - filed on 01/22/2025 | | |
| Plaintiff | Cunningham, Dustin | Malmstrom, Jonathan null |
| Plaintiff | Olson, Xane | Malmstrom, Jonathan null |
| Defendant | Reynolds Consumer Products, Inc. | |

Copyright © Journal Technologies, USA. All rights reserved.



# Circuit Court of the Nineteenth Judicial Circuit

*Lake County, Illinois*

# 2025LA00000061  Active

Cunningham vs Reynolds Consumer Products, Inc.

Civil: Law > $50,000

Parties | Judgment | Events | Documents Filed

| Judgment |
| --- |
|  |

Copyright © Journal Technologies, USA. All rights reserved.



# Circuit Court of the Nineteenth Judicial Circuit

*Lake County, Illinois*

# 2025LA00000061  Active

Cunningham vs Reynolds Consumer Products, Inc.

Civil: Law > $50,000

Parties    Judgment    Events    Documents Filed

## Events

| Event Date | Courtroom | Event Type | Result |
|---|---|---|---|
| 6/22/26 09:00 AM | Courtroom 204 | Jury Trial | |
| 6/21/26 09:00 AM | Courtroom 204 | Final Trial Conference | |
| 11/5/25 09:00 AM | Courtroom 204 | Subsequent Case Management | |
| 4/3/25 09:00 AM | Courtroom 204 | Supreme Court Rule 218 Case Management Conference | Heard |

Copyright © Journal Technologies, USA. All rights reserved.



# Circuit Court of the Nineteenth Judicial Circuit

*Lake County, Illinois*

# 2025LA00000061  Active

Cunningham vs Reynolds Consumer Products, Inc.

Civil: Law > $50,000

__Parties__    __Judgment__    __Events__    __Documents Filed__

## Documents

### Documents

| Date | Document Type | Status | Document Action |
|---|---|---|---|
| 04/03/2025 | Minute Record | Status: Filed 04/03/2025 | |
| 04/03/2025 | Supreme Court Rule 218 Case Management Order | Status: Filed 04/03/2025 | Filed 04/03/2025 |
| 03/14/2025 | Waiver of Service | Status: EFILED 03/14/2025 | |
| 03/10/2025 | Notice of Court Date | Status: Filed 03/10/2025 | |
| 01/29/2025 | Motion Status: for Class Certification | Status: EFILED 01/29/2025 | |
| 01/29/2025 | Summons (Issued) | Status: EFILED 01/29/2025 | |
| 01/22/2025 | Complaint | Status: eFiled 01/22/2025 | |
| 01/22/2025 | Affidavit Pursuant to Supreme Court Rule 222 (B) | Status: EFILED 01/22/2025 | |

Copyright © Journal Technologies, USA. All rights reserved.



# Circuit Court of the Nineteenth Judicial Circuit

*Lake County, Illinois*

# 2025LA00000061  Active

Cunningham vs Reynolds Consumer Products, Inc.

Civil: Law > $50,000

| Parties | Judgment | Events | Documents Filed |

## Parties

### Parties

| Type | Name | Represented By |
|---|---|---|
| - filed on 01/22/2025 | | |
| Plaintiff | Cunningham, Dustin | Malmstrom, Jonathan null |
| Plaintiff | Olson, Xane | Malmstrom, Jonathan null |
| Defendant | Reynolds Consumer Products, Inc. | |

Copyright © Journal Technologies, USA. All rights reserved.

# Circuit Court of the Nineteenth Judicial Circuit

*Lake County, Illinois*

# 2025LA00000061 Active

Cunningham vs Reynolds Consumer Products, Inc.

Civil: Law > $50,000

Parties | Judgment | Events | Documents Filed

Judgment

Copyright © Journal Technologies, USA. All rights reserved.



# Circuit Court of the Nineteenth Judicial Circuit

*Lake County, Illinois*

# 2025LA00000061  Active

Cunningham vs Reynolds Consumer Products, Inc.

Civil: Law > $50,000

Parties  Judgment  Events  Documents Filed

## Events

| Event Date | Courtroom | Event Type | Result |
|---|---|---|---|
| 6/22/26 09:00 AM | Courtroom 204 | Jury Trial | |
| 6/21/26 09:00 AM | Courtroom 204 | Final Trial Conference | |
| 11/5/25 09:00 AM | Courtroom 204 | Subsequent Case Management | |
| 4/3/25 09:00 AM | Courtroom 204 | Supreme Court Rule 218 Case Management Conference | Heard |

Copyright © Journal Technologies, USA. All rights reserved.



# Circuit Court of the Nineteenth Judicial Circuit

*Lake County, Illinois*

# 2025LA00000061  Active

Cunningham vs Reynolds Consumer Products, Inc.

Civil: Law > $50,000

<u>Parties</u>   <u>Judgment</u>   <u>Events</u>   **Documents Filed**

## Documents

### Documents

| Date | Document Type | Status | Document Action |
|---|---|---|---|
| 04/03/2025 | Minute Record | Status: Filed 04/03/2025 | |
| 04/03/2025 | Supreme Court Rule 218 Case Management Order | Status: Filed 04/03/2025 | Filed 04/03/2025 |
| 03/14/2025 | Waiver of Service | Status: EFILED 03/14/2025 | |
| 03/10/2025 | Notice of Court Date | Status: Filed 03/10/2025 | |
| 01/29/2025 | Motion Status: for Class Certification | Status: EFILED 01/29/2025 | |
| 01/29/2025 | Summons (Issued) | Status: EFILED 01/29/2025 | |
| 01/22/2025 | Complaint | Status: eFiled 01/22/2025 | |
| 01/22/2025 | Affidavit Pursuant to Supreme Court Rule 222 (B) | Status: EFILED 01/22/2025 | |

Copyright © Journal Technologies, USA. All rights reserved.