**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Cunningham et al., v. Reynolds Consumer Products, Inc.

Case Number: 1:25-cv-3959

An appearance is hereby filed by the undersigned as attorney for:

Reynolds Consumer Products, Inc.

Attorney name (type or print): Justin O. Kay

Firm: Faegre Drinker Biddle & Reath LLP

Street address: 320 S. Canal Street, Suite 3300

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6286557
(See item 3 in instructions)

Telephone Number: (312) 569-1000

Email Address: justin.kay@faegredrinker.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/11/2025

Attorney signature: S/ Justin O. Kay
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023