UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DUSTIN CUNNINGHAM and XANE OLSON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> REYNOLDS CONSUMER PRODUCTS, INC., <br><br> Defendant. | Case No. 1:25-cv-3959 |

## CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Defendant Reynolds Consumer Products, Inc. ("Reynolds"), through its undersigned counsel, states the following:

1. Reynolds is a non-governmental, publicly held Delaware corporation with its principal place of business in Lake Forest, Illinois. Packaging Finance Limited (New Zealand) (which is wholly owned by Packaging Holdings Limited, which is wholly owned by Mr. Graeme Hart) owns the majority of Reynolds stock, and no publicly held corporation owns 10% or more of such stock.

2. The following entities are "affiliates" for the purposes of Local Rule 3.2 as they own 5% or more of Reynolds stock: Allspring Global Investments Holdings, LLC.

Dated: April 11, 2025

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

*s/ Justin O. Kay*

Justin O. Kay (ARDC No. 6286557)
Charles E. Westerhaus (ARDC No. 6347022)
320 S. Canal Street, Suite 3300
Chicago, IL 60606

Tel:  (312) 569-1000
Fax:  (312) 569-3000
justin.kay@faegredrinker.com
charles.westerhaus@faegredrinker.com

Rachel A. Beck (*pro hac vice forthcoming*)
1500 K Street, NW, Suite 1100
Washington, D.C. 20005
Tel: (202) 842-8800
Fax: (202) 842-8465
rachel.beck@faegredrinker.com

*Attorneys for Reynolds Consumer Products, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that I have this 11th day of April, 2025, served a copy of the foregoing Notice of Removal upon the following counsel of record via email and U.S. Regular Mail:

Carl V. Malmstrom
ARDC No. 6295219
Wolf Haldenstein Adler Freeman & Herz LLC
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 391-5059
malmstrom@whafh.com

Julie Holt
Hedin LLP
1395 Brickell Avenue, Ste 610
Miami, Florida 33131
Tel: (305) 357-2107
Jholt@hedinllp.com

*Attorneys for Plaintiffs and the Putative Class*

                                                */s/ Rachel A. Beck*
                                                Rachel A. Beck