UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Dustin Cunningham, et al.
                                  Plaintiff,

v.                                          Case No.: 1:25−cv−03959
                                                           Honorable Joan H. Lefkow

Reynolds Consumer Products, Inc.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2025:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion for extension of time to answer [6] is granted. Defendant shall answer or otherwise plead to the complaint by 5/30/2025. The status hearing set for 5/28/2025 is stricken and reset to 6/11/2025 at 9:30 a.m. in courtroom 2201. The parties may file a joint written status report by 6/9/2025 if no status hearing is necessary. Mailed notice (ags)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.