UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Dustin Cunningham and Xane Olson, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>REYNOLDS CONSUMER PRODUCTS, INC.,<br><br>    Defendant. | Case No.: 1:25-CV-03959 |

### NOTICE OF ATTORNEY APPEARANCE

    Julie Holt, Esq., of the law firm Hedin LLP hereby enters her appearance as counsel of record for Plaintiffs Dustin Cunningham and Xane Olson in these proceedings. All parties are requested to take notice of the undersigned's appearance and to serve all copies of all filings and other documents upon the undersigned.

Dated: May 28, 2025

                                                     Respectfully submitted,

                                                     By: s/ Julie Holt
                                                          Julie Holt

                                                   **HEDIN LLP**
                                                   Julie Holt
                                                   jholt@hedinllp.com
                                                   1395 Brickell Ave, Suite 610
                                                   Miami, Florida 33131
                                                   Tel: (305) 357-2107
                                                   Fax: (305) 200-8801

                                                   *Counsel for Plaintiffs and the Putative Classes*