IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DUSTIN CUNNINGHAM and XANE OLSON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>REYNOLDS CONSUMER PRODUCTS, INC.,<br><br>    Defendant. | Case No.: 1:25-cv-3959 |

**JOINT MOTION FOR BRIEFING SCHEDULE**

    Plaintiffs Dustin Cunningham and Xane Olson (collectively, "Plaintiffs") and Defendant Reynolds Consumer Products, Inc. ("Defendant," together with Plaintiffs, the "Parties"), through their respective undersigned counsel, hereby move this Court to adopt the below briefing schedule with respect to Plaintiffs' forthcoming First Amended Complaint:

    Pursuant to Fed R. Civ. P. 15(a)(2), and with Defendant's consent without waiver of any applicable defenses, Plaintiffs will file a First Amended Complaint by May 28, 2025.

    Defendant shall move to dismiss the First Amended Complaint by July 15, 2025.

    Plaintiffs shall file their response by August 12, 2025.

    Defendant shall reply by September 9, 2025.

    The Parties further request that the Court strike and reset the status conference currently set for June 11, 2025, for a date as determined by the Court.

Date: May 28, 2025                                      Respectfully submitted,

                                                                               _s/   Julie Holt_

                                                                               **HEDIN LLP**

Julie Holt
1395 Brickell Avenue, Ste 610
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
E-mail: jholt@hedinllp.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
ARDC No. 6295219
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 391-5059
Fax: (212) 686-0114
malmstrom@whafh.com

*Counsel for Plaintiffs and Putative Classes*


*s/ Justin O'Neill Kay*

**FAEGRE DRINKER BIDDLE & REATH LLP**
Justin O'Neill Kay
320 S. Canal Street
Suite 3300
Chicago, IL 60606
312 569 1381
Fax: Active
Email: justin.kay@faegredrinker.com

*Counsel for Defendant*

2