**U.S. PUBLIC HEALTH SERVICE / FEDERAL OCCUPATIONAL HEALTH**

Audiogram History / Report                     **Tape Tracing Here**

Baseline [ ]          Annual [ ]          Retest [ ]

A. Identification:

_____
Last name                    First name                    MI                    Social Security #

Date of birth ____/____/____          Sex   M   F          Length of time on job ____ ____
mo.   date   yr.                            circle one                                    months        yrs.

Job title_____          Job location _____

B. Noise Exposure:(check all that apply)   Steady [ ]          Intermittent [ ]          Impulse[ ]

Source of Noise _____          Estimated hours per day exposed_____

Time since most recent noise exposure:     Hours_____     Days _____
Duration of most recent noise exposure:     Hours _____     Days _____

Other Noise Exposure: (check all that apply)
Prior military service   [ ]          Loud music          [ ]
Firearms                 [ ]          Motor cycles        [ ]
Power tools              [ ]          Heavy machinery     [ ]

C. Protective Equipment Used:   Ear plugs [ ]   Ear muffs [ ]   Canal Caps [ ]   Other [ ]
Type_____
How often do you wear this equipment:  Always [ ]   Sometimes [ ]   Rarely [ ]   Never [ ]

D. Medical History:  (check all that apply)

History of hearing loss            [ ]     History of ringing in ears               [ ]
Family history of hearing loss     [ ]     History of recurrent impacted ear wax    [ ]
History of recurrent ear infections [ ]    History of wearing hearing aid      R [ ]  L [ ]
History of head injury             [ ]     Current cold, flu or allergy symptoms    [ ]
Comments:_____

TO BE COMPLETED BY PHYSICIAN OR NURSE/TECHNICIAN

E.  Physical examination of ear: Left_____
Right_____

F.  Education: (the following was discussed with the employee)
Causes of hearing loss   [ ]     Types of ear protectors          [ ]
How to protect hearing   [ ]     Importance of hearing program    [ ]

G.  Assessment: (check one)
Normal audiogram                                          [ ]
Abnormal audiogram with no change from baseline  ( R / L )   [ ]
Standard threshold shift or other significant change  ( R / L )   [ ]

H. Recommendations: (check all that apply)
Continue annual testing [ ]     Repeat manual audiogram  [ ]     Refer to Audiologist/ENT [ ]

Nurse/ Technician_____
(print name)                          (signature)                    (title)                    (date)
Physician _____
(print name)                          (signature)                    (date)
Remarks:_____          **Health Center Stamp Here**

AUDIOMETER CALIBRATION (Re:29CFR 1910.95, Occupational Noise Standard)
Daily Biological /Functional Check [1910.95(h)(5)(l)]: Completed  Yes [ ]   No [ ]
Calibration Dates:  Acoustic: [1910.95(h)(5)(ii)]_____
Exhaustive: [1910.95(h)(5)(iii)]_____

FOH-17 Rev 4/99