# HCI

National Mobile Health Programs

Reynolds Consumer Products

Jacksonville, IL

| Field | |
|---|---|
| SSN | |
| Last Name | |
| First Name | M.I. |
| Sex | DATE OF BIRTH |
| Dept. | PEP X |

1 X PREEMP    2 X BASELINE
2 Annual      4 _ REHIRE/RECALL
5 _ TERMIN    6 _ RETIREMENT
7 Retest      8 X _ Powered Industrial Truck Assessment

External Canal
Cerumen    Infection
R  L          R  L

## Work History
Fill in applicable blanks and check appropriate box

_____ NAME OF YOUR PRESENT JOB
_____ NAME OF YOUR PRESENT DEPT.
_____ NUMBER OF YOUR PRESENT DEPT.
_____ JOB CLASSIF. (IF EXISTING)
         D=DAY, A=AFT, M=MIDN, S=SPECIAL
_____ TOTAL NO. YEARS WORKED FOR THIS COMPANY
_____ TOTAL NO. YEARS ON PRESENT JOB

**LEFT EAR**

| 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 |
|---|---|---|---|---|---|---|

## Hearing History
Check YES or NO for each of the following questions

|  | YES | NO |
|---|---|---|
| 1. EITHER PARENT OR GRANDPARENT WITH HEARING TROUBLE BEFORE AGE 50? | | |
| 2. RINGING IN EARS AFTER WORK? | | |
| 3. EARACHES, EAR INFECTIONS OR DRAINAGE FROM EARS MORE THAN ONCE PER YEAR? | | |
| 4. BAD COLD OR FLU TODAY? | | |
| 5. FREQUENT ALLERGY, ASTHMA, SINUS ATTACKS? | | |
| 6. TROUBLE HEARING? | | |

YES ___ NO ___ HAVE YOU BEEN AWAY FROM YOUR JOB NOISE 14 TO 16 HOURS?

7. HAVE YOU EVER HAD EAR SURGERY     RIGHT ___ LEFT ___
8. HAVE YOU EVER HAD EAR INJURY?     RIGHT ___ LEFT ___

YES ___ NO ___ DO YOU REGULARLY WEAR EAR PLUGS OR MUFFS WHILE AT WORK?

9. DO YOU WEAR A HEARING AID?        RIGHT ___ LEFT ___

MOTORCYCLES / ATVs / 4-WHEELERS
MUSICIAN / LOUD MUSIC
FARM / OPER. HEAVY MACHINERY
PRIV. FLYING / CAR RACING
HUNTING/SHOOTING
POW'RBOATING / WATERSKIING
MILITARY SERVICE

COMMENTS

**RIGHT EAR**

| 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 |
|---|---|---|---|---|---|---|

dB TWA     Noise Exp. Code ___ 87

AUDIOMETRIC Tech
TO WRITE BELOW
HERE
X AUTO   ___ MAN

TEST SITE  Jacksonville
TEST DATE
TECH NAME  Aqua Ju (signature)
HOUR ___ (AM) PM
TECH CERT #

LAST CALIBR. 3/16/2023
MO DAY YR

RA / 500
MODEL #

992548
SERIAL #

Drum
Perforation  Redness     Normal
R  L          R  L

Employee Signature

# HCI

National Mobile Health Programs

Reynolds Consumer Products

Jacksonville, IL

Social Security Number _____

GENDER _____  M.I. _____

DATE OF BIRTH _____ MO. _____ DAY _____ YEAR

Dept. _____

1 X PREEMP    2 X BASELINE
2 _ Annual    4 _ REHIRE/RECALL
5 _ TERMIN    6 _ RETIREMENT
7 _ Retest    8 X Powered Industrial Truck Assessment

External Canal
  Cerumen      Infection
  R L          R L

## Work History

Fill in applicable blanks and check appropriate box

NAME OF YOUR PRESENT JOB
NAME OF YOUR PRESENT DEPT.
NUMBER OF YOUR PRESENT DEPT.
JOB CLASSIF. (IF EXISTING)
D=DAY, A=AFT, M=MIDN, S=SPECIAL

TOTAL NO. YEARS WORKED FOR THIS COMPANY

TOTAL NO. YEARS ON PRESENT JOB

___ YES ___ NO   HAVE YOU BEEN AWAY FROM YOUR JOB NOISE 14 TO 16 HOURS?

___ YES ___ NO   DO YOU REGULARLY WEAR EAR PLUGS OR MUFFS WHILE AT WORK?

COMMENTS

Drum
  Perforation  Redness
  R L          R L

| LEFT EAR | | | | | | | RIGHT EAR | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 |

## Hearing History

Check YES or NO for each of the following questions

|  | YES | NO |
|---|---|---|
| 1. EITHER PARENT OR GRANDPARENT WITH HEARING TROUBLE BEFORE AGE 50? | | |
| 2. RINGING IN EARS AFTER WORK? | | |
| 3. EARACHES, EAR INFECTIONS OR DRAINAGE FROM EARS MORE THAN ONCE PER YEAR? | | |
| 4. BAD COLD OR FLU TODAY? | | |
| 5. FREQUENT ALLERGY, ASTHMA, SINUS ATTACKS? | | |
| 6. TROUBLE HEARING? | | |
| 7. HAVE YOU EVER HAD EAR SURGERY? ___ RIGHT ___ LEFT | | |
| 8. HAVE YOU EVER HAD EAR INJURY? ___ RIGHT ___ LEFT | | |
| 9. DO YOU WEAR A HEARING AID? ___ RIGHT ___ LEFT | | |

R – SNOWMOBILES / MOTORCYCLES
E – MUSICIAN / LOUD MUSIC
T – FARM / OPER. HEAVY MACHINERY
M – PRIV. FLYING / CAR RACING
O – HUNTING/SHOOTING
I – POWRBOATING / WATERSKIING
D – MILITARY SERVICE
U
A

Employee Signature _____

dB TWA _____  Noise Exp. Code _____  87

AUDIOMETRIC Tech
TO WRITE BELOW
HERE
X AUTO ___ MAN

TEST SITE  Jacksonville
TEST DATE
ACTUAL HOUR 09:40 AM / PM
TECH NAME
TECH CERT #

LAST CALIBR.  3/16/2023
MO DAY YR

RA / 500
MODEL #

992548
SERIAL #